In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property from Second Avenue to West 155th Street, and Adjoining Property, Borough of Manhattan, Required for HARLEM RIVER DRIVE. BRADLEY-MAHONY COAL CORP. et al., Respondents.

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property along Harlem River between Second Avenue and East 140th Street, Borough of Manhattan, Required for Improvement of WATERFRONT AND HARBOR. BRADLEY-MAHONY COAL CORP. et al., Respondents.

Submitted October 20, 1952; decided October 23, 1952.

*William A. Lamb* for motion.

*Denis M. Hurley, Corporation Counsel (Samuel K. Handel* of counsel), opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion. See memorandum in *Matter of City of New York (Harlem Riv. Drive-Julianson's Realty Co.)* (304 N. Y. 785), decided herewith.